# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Numbers, Robert T. | U.S. District Court, Eastern District North Carolina | 05/12/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge (Full-Time) | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

United States District Court
Terry Sanford Federal Building
310 New Bern Ave.
Raleigh, NC 27601-1418

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Numbers, Robert T.** | 05/12/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federalist Society/Liberty Fund | 3/29/19-3/31/19 | Charlotte, NC | Faculty Colloquium | Food, lodging, transportation |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Numbers, Robert T. | 05/12/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. NelNet Student Loan #1 | Law School Loan | None |
| 2. NelNet Student Loan #2 | Law School Loan | None |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Numbers, Robert T.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Individual Assets (H) | | | | | | | | | |
| 2.   Wells Fargo Bank (cash) (X) | B | Interest | L | T | | | | | |
| 3.   Retirement Account #1 (H) | | | | | | | | | |
| 4.   Vanguard Institutional Index Fund Institutional Shares | A | Dividend | K | T | | | | | |
| 5.   Vang Inst Tg Rtm 45 Inst (X) | A | Dividend | J | T | | | | | |
| 6.   Retirement Account #2 (H) | | | | | | | | | |
| 7.   DFA Gl Core Plus Fix In Port I (DGCFX) | A | Dividend | K | T | Buy (add'l) | 01/14/19 | J | | |
| 8.   DFA Select Hedge Glbl Fixed Income Fund (DFSHX) | A | Dividend | K | T | Buy (add'l) | 01/14/19 | J | | |
| 9.   DFA Inflation Protected Sec PTF (DIPSX) | A | Dividend | J | T | Buy (add'l) | 01/14/19 | J | | |
| 10.   DFA International Core Equ PTFL (DFIEX) | A | Dividend | J | T | Sold (part) | 01/14/19 | J | A | |
| 11.   DFA US Vector Eq (DFVEX) | B | Dividend | L | T | Buy (add'l) | 01/14/19 | J | | |
| 12.   DFA US Core Equity 2 (DFQTX) | B | Dividend | L | T | | | | | |
| 13.   DFA Emerging Markets Core Equity 1 (DFCEX) | A | Dividend | K | T | Sold (part) | 01/14/19 | J | A | |
| 14.   DFA Investment Grade PTF (DFAPX) | A | Dividend | K | T | Buy (add'l) | 01/14/19 | J | | |
| 15.   DFA Short Term Ext Quality PTF (DFEQX) | A | Dividend | J | T | Buy (add'l) | 01/14/19 | J | | |
| 16.   DFA Intnl Vector Equity Portfolio (DFVQX) | A | Dividend | K | T | Sold (part) | 01/14/19 | J | A | |
| 17.   DFA Global Real Estate Sec PTF (DFGEX) | C | Dividend | K | T | Buy (add'l) | 01/14/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Numbers, Robert T.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Sold<br>(part) | 08/29/19 | J | A | |
| 19. DFA International Value I (DFIVX) | B | Dividend | K | T | Buy<br>(add'l) | 01/14/19 | J | | |
| 20. Brokerage Account #1 (H) | | | | | | | | | |
| 21. Bank of New York Mellon Corp. (cash) | A | Interest | | | Open | 01/11/19 | K | | |
| 22. | | | | | Closed | 07/22/19 | L | A | |
| 23. Investors Savings Bank NJ (cash) | A | Interest | | | Open | 07/22/19 | K | | |
| 24. | | | | | Closed | 10/28/19 | L | A | |
| 25. Bancorp Com Bk DE (cash) | A | Interest | L | T | Open | 10/28/19 | K | | |
| 26. DFA International Core Equ PTFL (DFIEX) | A | Dividend | K | T | Buy | 01/14/19 | K | | |
| 27. DFA US Vector Eq (DFVEX) | A | Dividend | K | T | Buy | 01/14/19 | K | | |
| 28. DFA US Core Equity 2 (DFQTX) | A | Dividend | K | T | Buy | 01/14/19 | K | | |
| 29. DFA Emerging Markets Core Equity 1 (DFCEX) | A | Dividend | K | T | Buy | 01/14/19 | K | | |
| 30. DFA Intnl Vector Equity Portfolio (DFVQX) | A | Dividend | K | T | Buy | 01/14/19 | K | | |
| 31. College Foundation of North Carolina Account #1 (H) | | | | | | | | | |
| 32. Vanguard Aggressive Track Age-Based Portfolio | | None | J | T | Buy<br>(add'l) | 01/23/19 | J | | |
| 33. Vanguard Conservative Track Age-Based Portfolio | | None | L | T | Buy<br>(add'l) | 01/23/19 | K | | |
| 34. Vanguard Moderate Track Age-Based Portfolio | | None | K | T | Buy<br>(add'l) | 01/23/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Numbers, Robert T.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. College Foundation of North Carolina Account #2 (H) | | | | | | | | | |
| 36. Vanguard Aggressive Track Age-Based Portfolio | | None | J | T | Buy | 01/23/19 | J | | |
| 37. Vanguard Conservative Track Age-Based Portfolio | | None | K | T | Buy (add'l) | 01/23/19 | K | | |
| 38. Vanguard Moderate Track Age-Based Portfolio | | None | K | T | Buy (add'l) | 01/23/19 | K | | |
| 39. Misc. Holdings (H) | | | | | | | | | |
| 40. Land in Cary, North Carolina | | None | | | Sold | 01/04/19 | N | G | Duke Energy Progress, LLC |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Numbers, Robert T.** | 05/12/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert T. Numbers**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544